UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGUI MANKARUSE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON COMPANY, a Delaware corporation; TRS LLC US, a Delaware limited liability company; DAVID EARL STEPHENS, an individual; JOHN RYAN, an individual; JAMES LEROY COTTERMAN, JR., an individual; JAMES E. WEBER, an individual; MARK P. HONTZ, an individual; KIMBERLY R. KERRY (KIM KERRY), an individual; COLIN J. SCHOTTLAENDER, an individual; WILLIAM H. SWANSON, an individual; THOMAS A. KENNEDY, an individual; MATTHEW BREWER, an individual; F. KINSEY HAFNER, an individual; KEITH PEDEN, an individual; RICHARD ROCKE, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 8:19-cv-1904 DOC (ADSx) <br><br> **JUDGMENT** |

1   On January 23, 2020, the Court issued an Order Granting Motion To Declare
2   Plaintiff A Vexatious Litigant (Dkt. 68). Specifically, the Court ordered Plaintiff
3   Nagui Mankaruse ("Plaintiff") to pay a security bond in the amount of $25,000 on or
4   before February 29, 2020 or this action would be dismissed. As of June 9, 2020,
5   Plaintiff has failed to post the required bond. According, **IT IS HEREBY**
6   **ORDERED, ADJUDGED, AND DECREED** that this action is hereby
7   **DISMISSED** in its entirety.

9   IT IS SO ORDERED.

11   Dated: June 9, 2020

The Honorable David O. Carter
United States District Court Judge

---
**JUDGMENT**